# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-7110** **September Term, 2020**

RECEIVED
APR 0 / 2021
United States Court of Appeals
For The Federal Circuit

**18-BG-0100**

**Filed On:** March 26, 2021

In re: Larry Elliott Klayman,

Respondent

**BEFORE:** Henderson and Tatel, Circuit Judges, and Edwards, Senior Circuit Judge.

**ORDER OF SUSPENSION**

Upon consideration of the briefs and oral argument of respondent, and for the reasons stated in the opinion of the court issued herein this date, it is

**ORDERED** that Larry Klayman be suspended from the practice of law before the United States Court of Appeals for the District of Columbia Circuit for 90 days, effective as of the date of the opinion and this order. It is

**FURTHER ORDERED** that Larry Klayman be prohibited from holding himself out to be an attorney at law licensed to practice before the United States Court of Appeals for the District of Columbia Circuit during the suspension. It is

**FURTHER ORDERED** that pursuant to Disciplinary Rule II(d), this matter be referred to the Committee on Admissions and Grievances for recommendations about any further discipline warranted by Larry Klayman's failure to comply with Rule X.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: ________________ Deputy Clerk

CLERK, UNITED STATES COURT OF APPEALS
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
29 MAR 2021PM 2 L

NEOPOST
FIRST-CLASS MAIL
03/29/2021
US POSTAGE
$000.51º
ZIP 20001
041M11283068

RECEIVED
2021 APR -7 AM 8:03
U.S. COURT OF APPEALS
FEDERAL CIRCUIT

Office of the Clerk
U.S. Court of Appeals for the Fed. Circuit
717 Madison Place, NW
Washington, DC 20439

20439-