FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2021

PETER R. MARKSTEINER
CLERK

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE LARRY KLAYMAN,**
*Respondent*

---

2021-MA003

---

**ORDER**

It has come to this court's attention that respondent was suspended 90 days, effective March 26, 2021, by the United States Court of Appeals for the District of Columbia based on the District of Columbia Court of Appeal's earlier suspension of him for 90 days.

Pursuant to Rule 3(c) of the Federal Circuit Attorney Discipline Rules, "[t]he imposition of reciprocal . . . suspension is the presumed discipline based on the . . . suspension of an attorney by another court or an agency." Under Rule 6(a), "[a]n attorney who is a member of the bar of this court shall notify the Clerk in writing within 14 days of the member's . . . suspension by another court[.]" Rule 2(d) says "[a] failure to notify the court in compliance with Rule 6(a) may itself be the basis for discipline."

Upon consideration thereof,

IT IS ORDERED THAT:

Respondent is directed to respond within 30 days of the date of filing of this order why he should not also be suspended from practice at this court for 90 days and why he

should not face disciplinary action for failure to notify this court of his suspension in violation of Rule 6(a).

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court