FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 08 2021

PETER R. MARKSTEINER
CLERK

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE LARRY KLAYMAN,**
*Respondent*

---

2021-MA003

---

**ORDER**

Larry Klayman was suspended 90 days, effective March 26, 2021, by the United States Court of Appeals for the District of Columbia based on the District of Columbia Court of Appeal's earlier suspension of him for 90 days. The court issued a show cause order directing Mr. Klayman to respond as to why he should not face a reciprocal 90-day suspension in this court and also why he should not face disciplinary action for failing to notify this court of his disbarment under Federal Circuit Attorney Disciplinary Rule 6(a). He has not responded.*

Upon consideration thereof,

---

* Federal Circuit Attorney Discipline Rule 7(c) provides that "[i]f an attorney does not object to the imposition of reciprocal discipline or does not respond to the show cause order, the Clerk may then issue a final order imposing such reciprocal discipline."

IT IS ORDERED THAT:

(1) Mr. Klayman is suspended from practicing law in this court from 90 days from the date of filing of this order. Any additional disciplinary action concerning Mr. Klayman's failure to timely notify the court of his suspension by the United States Court of Appeals for the District of Columbia shall be dealt with upon any request for reinstatement by Mr. Klayman.

(2) When the terms of his suspension are over, Mr. Klayman may apply for reinstatement pursuant to Federal Circuit Attorney Discipline Rule 9(a).

(3) While this order is in effect, Mr. Klayman is prohibited from holding himself out to be an attorney at law licensed to practice before this court.

(4) Mr. Klayman is directed to send a copy of this order to all other courts before which he is admitted. Fed. Cir. Att'y Discipline Rule 5(f).

(5) A copy of this order shall be transmitted to the National Lawyer Regulatory Data Bank. Fed. Cir. Att'y Discipline Rule 5(f).

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court