NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE LARRY ELLIOT KLAYMAN,**
*Respondent*

---

2021-MA003

---

PER CURIAM.

**O R D E R**

On June 8, 2021, respondent Larry Elliot Klayman was suspended from practicing before this court for 90 days. Though 90 days have passed, respondent has not yet sought reinstatement, and his suspension thus remains in effect. It has now come to the court's attention that respondent was suspended 18 months, effective June 6, 2023, by the United States Court of Appeals for the District of Columbia Circuit based on conduct unrelated to this court's suspension. Because respondent remains suspended, the court need not consider whether to impose reciprocal suspension based on the recent D.C. Circuit's order at this

time and will do so if and when respondent applies for reinstatement.

FOR THE COURT

July 7, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court