RECEIVED

JUL 25 2023

United States Court of Appeals
For the Federal Circuit

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE LARRY ELLIOT KLAYMAN,**
*Respondent*

---

2021-MA003

---

PER CURIAM.

## ORDER

On June 8, 2021, respondent Larry Elliot Klayman was suspended from practicing before this court for 90 days. Though 90 days have passed, respondent has not yet sought reinstatement, and his suspension thus remains in effect. It has now come to the court's attention that respondent was suspended 18 months, effective June 6, 2023, by the United States Court of Appeals for the District of Columbia Circuit based on conduct unrelated to this court's suspension. Because respondent remains suspended, the court need not consider whether to impose reciprocal suspension based on the recent D.C. Circuit's order at this

time and will do so if and when respondent applies for reinstatement.

FOR THE COURT

July 7, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

21-3

Larry Klayman
Klayman & Associates, P.C.
501 School Street, SW
Suite 700
Washington, DC 20024

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CAPITAL DISTRICT 208
8 JUL 2023 PM 1 L

stamps.com
$0.600
US POSTAGE
FIRST-CLASS
062S0009865999
FROM 20439
S98041.174

...ociates, P.C.
...uite 7...

20024-27967

NIXIE 171 FE 1 0007/16/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD